Argued June 21, affirmed June 21, petition for rehearing denied
July 26, petition for review denied September 21, 1973

STATE OF OREGON, *Respondent, v.* JAMES
RUDOLPH PARROTT (No. 72 3694), *Appellant.*

510 P2d 1353

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the
brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.